UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARNEST GATHING, JR.,

        Plaintiff,

                                        FORMER CA NO.: 25-0503-CZ

-vs-

                                        DISTRICT CT. NO.:
                                        HON.: _____

CPT. CHRISTOPHER FRANK, DAJANICK BARLOW, DAVID KUBACKI, SGT. TIMOTHY MILLARD, INSPECTOR CHARLES MASON, VICTOR GREEN, CHASE CAVRIC, CHIEF VERON COAKLEY, EMILY WESTON, ALEX MARSHALL, COOPER CARNS, DEMOTE SPANN, TREVOR ADAY, BRADLEY HOWE, ONDERYA ANDERSON MICHAEL TREU, VICTORIA ANDERSON, NICHOLAS BARNHART, ALEX MARSHALL, JAMIE BETTS, DOUG HUBBELL, JOSHUA PENA, LOGAN RARIDEN, AARON VISSER, LAKISHA MCMILLON, ANDREW GROENEVELD, MELINDA KENDALL, JOSEPH R. HUSTON, ERNST KNAUF, CRAIG HABEL, MICHAEL FERGUSON, THOMAS PRICHARD, ERIC MATTHEW REIBER, JEFFREY SALMON, JACOB JORDON, NATHAN BELEN, TREVER PATTERSON, BRADLEY KENDALL, NIKAELA KENDALL, GERALD BENTLEY, MICHAEL ARENT (properly named MICHAEL ARNETT), JON SCRIPPER (properly named JONATHAN SCHIPPER), REBECCA GNATUK, MARVELLA VINCENT, NANCY HESS, JARED CHAMBERS,

        Defendants.
_____/

Earnest Gathing, Jr.
In Pro per
829 N. Park Street
Kalamazoo, MI  49007
(269) 929-0054

ROSATI SCHULTZ JOPPICH

& AMTSBUECHLER PC
By: Holly S. Battersby (P72023)
Attorney for Defendants
27555 Executive Drive, Ste. 250
Farmington Hills, MI  48331
(248) 489-4100
hbattersby@rsjalaw.com
_____ /

## NOTICE OF REMOVAL

TO:    The Honorable Judge of the United States
       District Court for the Western District
       of Michigan, Southern Division

Defendants, CPT. CHRISTOPHER FRANK, DAJANICK BARLOW, DAVID KUBACKI, SGT. TIMOTHY MILLARD, INSPECTOR CHARLES MASON, VICTOR GREEN, CHASE CAVRIC, CHIEF VERON COAKLEY, EMILY WESTON, ALEX MARSHALL, COOPER CARNS, DEMOTE SPANN, TREVOR ADAY, BRADLEY HOWE, ONDERYA ANDERSON MICHAEL TREU, VICTORIA ANDERSON, NICHOLAS BARNHART, ALEX MARSHALL, JAMIE BETTS, DOUG HUBBELL, JOSHUA PENA, LOGAN RARIDEN, AARON VISSER, LAKISHA MCMILLON, ANDREW GROENEVELD, MELINDA KENDALL, JOSEPH R. HUSTON, ERNST KNAUF, CRAIG HABEL, MICHAEL FERGUSON, THOMAS PRICHARD, ERIC MATTHEW REIBER, JEFFREY SALMON, JACOB JORDON, NATHAN BELEN, TREVER PATTERSON, BRADLEY KENDALL, NIKAELA KENDALL, GERALD BENTLEY, MICHAEL ARENT (properly named

2

MICHAEL ARNETT), JON SCRIPPER (properly named JONATHAN SCHIPPER), REBECCA GNATUK, MARVELLA VINCENT, NANCY HESS, JARED CHAMBERS, by their attorneys, ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C., respectfully show this Court:

1. A copy of the attached Summons and Complaint was delivered to the City of Kalamazoo via personal service on August 4, 2025, and this Notice is being filed with this Court within (30) days of the delivery of the Summons and Complaint in the above-entitled action.

2. Plaintiff's Complaint, filed in the Kalamazoo County Circuit Court, Civil Action Number 25-0503-CZ, alleges violations of Plaintiff's federal constitutional rights and a deprivation of his civil rights.

3. Specifically, Plaintiff cites 42 USC §1983, 42 USC §1985 and "constitutional concerns under the umbrella of the Constitution."

4. Plaintiff's allegations, involving claims arising under the Constitution and laws of the United States, are within the original jurisdiction of this United States District Court.

5. Pursuant to 28 USC § 1331 and 28 USC § 1441, Defendants have a right to remove this case to federal court, and removal of this action from the Circuit Court for the County of Kalamazoo to the United States District Court is proper.

6. Promptly after the filing of this Notice of Removal, Defendants shall provide written notice to Plaintiff and the clerk of the Kalamazoo County Circuit Court as required by 28 USC §1446.

7. All the requirements for this action to be removed to this Court by Defendants pursuant to 28 USC §1441(a) and (b) have been satisfied.

WHEREFORE, Defendants file this Notice of Removal, removing this action to the United States District Court for the Western District of Michigan. Plaintiff is notified to proceed no further in state court unless or until the case is remanded by Order of the United States District Court.

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC

s/ Holly S. Battersby
Attorney for Defendants
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
hbattersby@rsjalaw.com
(P72023)

DATED: August 22, 2025

**CERTIFICATE OF SERVICE**

Julie Hinkle, being duly sworn, deposes and says that on the 22nd day of August, 2025, a copy of this *Notice of Removal*, as well as *Notice of Filing Notice of Removal*, will be served on all counsel of record Via U.S. Mail to their address on file with the Court.

s/ Julie Hinkle

3